```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

FREDDIE McRUNNELS and
THUNSHONDA D. MADISON                                    PLAINTIFFS

VS.                        CIVIL ACTION NO. 5:07-cv-113(DCB)(JMR)

CALSONIC KANSEI NORTH AMERICA, INC., and
LEROY JOHNSON, JOINTLY AND SEVERALLY                     DEFENDANTS

                         FINAL JUDGMENT

   This cause having come before the Court on defendant Calsonic Kansei of North America's motion for summary judgment, and on defendant Leroy Johnson's motion for summary judgment, and the Court having granted the motions in a Memorandum Opinion and Order of even date herewith; accordingly,

   IT IS HEREBY ORDERED AND ADJUDGED that judgment is rendered in favor of the defendants, and this action is dismissed with prejudice.

   SO ORDERED AND ADJUDGED, this the 18th day of November, 2008.


                               /s/ David Bramlette
                               UNITED STATES DISTRICT JUDGE